**Below is the Order of the Court.**

Marc Barreca
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

1

2

3

4

5

6

7

8

9

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

In Re:

Case No. 10-23826-MLB
Chapter 7

11

MICHELLE CATHERINE MERCERI,

12

Debtor.

13

14

BRANDON L. McDOWELL and CHRISTINA
McDOWELL, husband and wife; KAREN
DARRIN, as guardian of the person and estate
of John P. Beckman, a single man; GREG K.
SHAMPINE, a single man; and THELMA E. and
DENISE E. MUECKE, mother and daughter,

Adv. No. 11-01169-MLB

15

ORDER GRANTING PLAINTIFFS' MOTION
FOR VOLUNTARY DISMISSAL OF CLAIMS
OF PLAINTIFF GREG K. SHAMPINE WITH
PREJUDICE

16

17

18

Plaintiffs,

19

v.

20

MICHELLE CATHERINE MERCERI,

21

Defendant.

22

23

24

THIS MATTER came before the Court on Plaintiffs' Motion for Voluntary Dismissal

25

of the Claims of Plaintiff Greg K. Shampine.

26

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSASL OF
CLAIMS OF PLAINTIFF GREG K. SHAMPINE WITH PERJUDICE - 1 of 2
(11-01169-MB)
[100049930.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

1          Plaintiffs' Motion for Voluntary Dismissal of the Claims of Plaintiff Greg K.

2   Shampine is **GRANTED**, and the claims of Plaintiff Greg K. Shampine are dismissed <u>with</u>

3   <u>prejudice</u> and without an award of fees or costs to any party.

4          IT IS SO ORDERED.

5                  ///END OF ORDER///

6   Presented by:

7

8   GORDON THOMAS HONEYWELL LLP

9

10  By_____/s/ Dianne K. Conway_____
        Dianne K. Conway, WSBA No. 28542

11      dconway@gth-law.com
        Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSASL OF
CLAIMS OF PLAINTIFF GREG K. SHAMPINE WITH PERJUDICE - 2 of 2
(11-01169-MB)
[100049930.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

Case 11-01169-CMA    Doc 146    Filed 09/11/12    Ent. 09/11/12 16:02:13    Pg. 2 of 2