Entered on Docket September 11, 2012

**Below is the Order of the Court.**



Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: | Case No. 10-23826-MLB<br>Chapter 7 |
| MICHELLE CATHERINE MERCERI, | |
| Debtor. | |
| | |
| BRANDON L. McDOWELL and CHRISTINA McDOWELL, husband and wife; KAREN DARRIN, as guardian of the person and estate of John P. Beckman, a single man; GREG K. SHAMPINE, a single man; and THELMA E. and DENISE E. MUECKE, mother and daughter, | Adv. No. 11-01169-MLB<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF KAREN DARRIN WITH PREJUDICE |
| Plaintiffs, | |
| v. | |
| MICHELLE CATHERINE MERCERI, | |
| Defendant. | |

THIS MATTER came before the Court on Plaintiffs' Motion for Voluntary Dismissal of the Claims of Plaintiff Karen Darrin.

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSASL OF
CLAIMS OF PLAINTIFF KAREN DARRIN WITH PREJUDICE - 1 of 2
(11-01169-MB)
[100047953.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Plaintiffs' Motion for Voluntary Dismissal of the Claims of Plaintiff Karen Darrin is **GRANTED**, and the claims of Plaintiff Karen Darrin are dismissed <u>with prejudice</u> and without an award of fees or costs to any party.

IT IS SO ORDERED.

///END OF ORDER///

Presented by:

GORDON THOMAS HONEYWELL LLP


By_____/s/ Dianne K. Conway_____
  Dianne K. Conway, WSBA No. 28542
  dconway@gth-law.com
  Attorneys for Plaintiffs

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSASL OF
CLAIMS OF PLAINTIFF KAREN DARRIN WITH PREJUDICE - 2 of 2
(11-01169-MB)
[100047953.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Case 11-01169-CMA    Doc 147    Filed 09/11/12    Ent. 09/11/12 16:03:46    Pg. 2 of 2